AO 91 (Rev. 11/11) Criminal Complaint

AUSA: Tara Hindelang Telephone: (313) 226-9100
Special Agent: Tywonn Mitchell Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Safin Minhaz Hossain

Case: 2:25−mj−30689
Assigned To : Unassigned
Assign. Date : 11/11/2025
Description: CMP USA v Hossain (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 2025- June 2025 in the county of Macomb in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2242(b) | Coercion and enticement of a minor |
| 18 U.S.C. § 2251 | Sexual exploitation of children |
| 18 U.S.C § 2252A(a)(2) | Receipt of child pornography |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

Tywonn Mitchell
*Complainant's signature*

Tywonn Mitchell, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

*Judge's signature*

Date: November 11, 2025

City and state: Detroit, MI

Hon. Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR COMPLAINT AND ARREST WARRANT

I, Tywonn Mitchell, a Special Agent with the Federal Bureau of Investigation ("FBI"), being duly sworn, depose and state as follows:

## INTRODUCTION

1. I have been employed as a Special Agent of the Federal Bureau of Investigation (FBI) since January 2025 and am currently assigned to the FBI Detroit Division, Macomb County Resident Agency. During my time as an agent, I have been trained in various investigative techniques. Prior to being employed as an FBI agent, I was employed as an Investigative Specialist with the FBI for approximately six years, where my duties included conducting physical and electronic surveillance for a variety of different violations. Furthermore, before I was an investigative specialist, I was an Operational Support Technician for approximately two years with the FBI. While employed by the FBI, I have helped investigate multiple federal criminal violations related to child exploitation, child pornography, and human trafficking. I have gained experience through training, previous child exploitation investigations, the FBI Academy, my previous FBI employment, and from other experienced Special Agents conducting these types of investigations.

2. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Safin Minhaz Hossain (XX/XX/2001) for violations of 18 U.S.C. § 2242(b) (coercion and enticement of a minor), 18 U.S.C. § 2251 (sexual exploitation of children), and 18 U.S.C. § 2252A(a)(2) (receipt of child pornography

3. The statements contained in this affidavit are based in part on information provided by U.S. federal law enforcement agents and state and local law enforcement officers which may include: written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement officers; information gathered from the service of administrative subpoenas; the results of physical and electronic surveillance conducted by law enforcement agents; independent investigation and analysis by law enforcement agents/analysts and computer forensic professionals; and my experience, training and background as a Special Agent.

4. Because this affidavit is being submitted for the limited purpose of establishing probable cause for a complaint and arrest warrant, I have not included each fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish that Safin Minhaz HOSSAIN has violated 18 U.S.C. §§ 2242(b), 2251(a), and § 2252A(a)(2).

## PROBABLE CAUSE

5. On June 16, 2025, a United States Postal Inspector (USPI) out of the Los Angeles division received a NCMEC tip. The mother of a 13-year-old female child (MV1) reported that her child had sent sexually explicit images and videos to an unknown HOSSAIN via text and Snapchat.

*Report to Law Enforcement Details Discovery of Exploitation*

6. After receiving the tip, USPI interviewed MV1's mother. She explained that her daughter was in 7th grade and had begun a relationship in February 2025 with a male she thought was from MV1's school. But when she asked her daughter to show a picture of the boy in the yearbook to her, MV1 then told her mom that she lied, and the boy didn't go to her school, but had recently moved to Washington. The mother stated she had heard her daughter talk to the "boyfriend" on several occasions, and that the "relationship" continued after the "boyfriend" moved to Seattle. The mother stated that the unknown male, who goes by the last name of "Green," claimed to be 16 years old.

7. The mother gave investigators a phone number for "Green" of (586) xxx-xx46 and an address that he provided to MV1 in Mercer Island, Washington. She knew the address because on June 3, 2025, she helped her daughter mail a letter to "Green" at that address. It was later that same evening that the mother reviewed MV1's cell phone and found the sexually explicit messages, photos, and

videos shared between MV1 and "Green." The mother stated she also saw videos of "Green" masturbating in the text message string. The mother stated she researched "Green's" phone number online and it came back to a 23-year-old male in Michigan.

8. After finding the sexually explicit content and doing the online research, she took away her daughter's iPhone and iPad. She then reported all the information to NCMEC, the San Diego Police Department and the FBI. At the conclusion of the interview, MV1's iPhone and iPad were seized by USPI for further analysis.

9. The USPI's Digital Evidence Laboratory processed the forensic review of the MV1's digital devices. During a review of the devices, USPI located multiple text chats between MV1 and the HOSSAIN phone number (586-xxx-xx46). I have reviewed the extraction of the MV1's cell phone and tablet. Included in that extraction were several nude images and videos of MV1. These videos were consistent with requests that were made from the HOSSAIN and meets the federal definition of child pornography as defined in 18 U.S.C. § 2256(8).

*HOSSAIN Identified as the Person Messaging MV1*

10. On August 26, 2025, USPI and a Seattle Police Department officer, attempted to locate "Green" at an address in Mercer Island, Washington. The people living at that address, who had been there for 30 years, said that they may

remember receiving a letter from a child, but stated that no one named “Green” resides at that address. The residents of the home also did not recognize the suspect’s phone number (586-xxx-xx46).

11. According to open-source information, 586-xxx-xx46 is registered to HOSSAIN with an address in Warren, Michigan, and the number was also associated with a business. Thus, investigators identified as HOSSAIN as the user of 586-xxx-xx46, and the person who had been posing as a 16-year-old boy with the fictious last name of “Green.”

*Chats between MV1 and HOSSAIN Contained Exploitation and CSAM*

12. The chat between HOSSIN and MV1 included at least 6,000 messages between March 7, 2025, and June 7, 2025. The chat involved sexual dialogue, and the receipt of child sexually abusive materials (CSAM) depicting MV1 by the HOSSAIN.

13. In the chats, HOSSAIN requested or directed MV1 to produce visual depictions of sexually explicit activity, and a review of the chat also indicates that numerous CSAM videos were likely received by HOSSAIN via Snapchat.

14. Below are summaries and chat excerpts which show that HOSSAIN knew that MV1 was under 18, and that he solicited MV1 to engage in sexually explicit activity, including the creation of visual depictions of sexually explicit activity:

a. On March 20, 2025, MV1 told HOSSAIN to check in Snapchat account.

   Hossain responded: “okay I will,” “ur so adorable,” and “such a little kid.”

b. On March 28, 2025, a lengthy sexually explicit conversation ensued, where it appears sexually explicit images were sent via Snapchat to HOSSAIN.

   Parts of the text messages included:

   HOSSAIN: I will check snap u better send a lottt
   HOSSAIN: i get horny and then can’t finish
   MV1: How many do u wantttt
   HOSSAIN: hmmm a lot u should jus spam me
   HOSSAIN: better look at me and moan hella
   HOSSAIN: moan my name
   HOSSAIN: that’s my good girl
   MV1: Loved “that’s my good girl”
   HOSSAIN: i missed u so much I fr needa fuck u so good
   HOSSAIN: u need good dick an u need be put in ur place
   MV1: I love u so much
   MV1: it’s so big I might need to use both my hands and my mouth
   HOSSAIN: and the put it ur mouth take it down ur throat i wanna watch ur eyes water up and watch u gag on it.
   HOSSAIN: as I shove ur head down on my dick
   HOSSAIN: I’m so hardddd baby
   HOSSAIN: I’m watching them rnn
   HOSSAIN: I need u to look at me w those fuck me eyes and put ur wet pussy on top of me
   MV1: I just got out of the shower
   HOSSAIN: and grind ur wet pussy on my hard dick and it pound for u

c. On April 8, 2025, HOSSAIN messaged MV1 about engaging in sexual activity.
   HOSSAIN: oh ik I would love to rub ur lip clit
   HOSSAIN: as I tongue ur pussy
   HOSSAIN: and then put those fingers in u upward
   HOSSAIN: and pour ur pussy harder and harder
   …

d. On April 16, 2025, MV1 told HOSSAIN that she was not 15. HOSSAIN responded:
HOSSAIN: ik u liarrr
HOSSAIN: but it's too late now I already feel in love w u
HOSSAIN: ur 14 tho right
HOSSAIN: or 13
MV1: 13
HOSSAIN: I wouldn't have gotten w u if u said 13
MV1: same ik u wouildn't have got with me if u knew
HOSSAIN: and I wouldn't get to know how amazing u are and perfect u are

e. On April 18, 2025, HOSSAIN requested that MV1 send him things to his phone:
HOSSAIN: i cant even call u
HOSSAIN: but u should send me things here
HOSSAIN: I may have started to stroke it for u already
MV1: well u could u would just have to be silent
MV1: Loved "i may have started to stroke it for u already"
HOSSAIN sent a 39 seconds audio message describing how he wanted to perform oral sex on MV1 on the kitchen counter and then "fuck her from the back"
…
MV1: i miss u so much
MV1: i wish u were in [] this shower
HOSSAIN: I miss you so much too and i couldn't do it in so long
HOSSAIN: cz i kept being busy
HOSSAIN: ikkk i'd fuck u in the shower
HOSSAIN: as the hot water get on us and get all steamy
MV1: Sent a 9 second video containing sexually explicit material that meets the federal definition of child pornography.

f. On May 6, 2025, HOSSAIN asked MV1 to send CSAM to his phone, the following occurred:
HOSSAIN: Sent a 17 second video explaining to MV1 that he was erect, and he told MV1 that she "should put oil on [her] tits and send it to [him]"
MV1: okok i will
HOSSAIN: go have it ina good place good lighting look at daddy and have oil on em touch all over them do it hard grab them good for ur husband show me how bad u need me
HOSSAIN: blackiee u needa hurry we leave the house at 3:15ish

MV1: okok fine hold on I'm trying
HOSSAIN: it's fine make it long and gooddd
MV1 sent a 27 second video complying with HOSSAIN's request
MV1: there's a whole bunch of body oil in my hair thanks to u
HOSSAIN: whatttt
HOSSAIN: no not teasing me like this
HOSSAIN: look at daddy rnn baby
HOSSAIN: make it longer
MV1: brooooo
HOSSAIN: ur welcome
HOSSAIN sent a 27 second, sexually explicit message
MV1: Sent a 1 minute and 3 second video further complying with HOSSAIN's request
MV1: mmm daddy that sounds so good
HOSSAIN: i love ur eyesss
HOSSAIN: idk what u do to it
HOSSAIN: but yeah i love that so much keep snapping me baby
MV1: Sent a 56 second video of her engaging in sexual penetration with an object.

15. Below is a description of several other videos that were sent between MV1 and HOSSAIN, this includes CSAM videos. I have reviewed the CSAM videos, and each meets the federal definition of child pornography:

a. On April 18, 2025, MV sent (via text) a 9 second video of her laying on her back, lasciviously displaying her nude torso, legs, and genitalia. MV is seen placing the shower nozzle between her legs and on her genitalia.

b. On May 8, 2025, HOSSAIN sent (via text) two videos. The first, a 10 second video of a light skinned male, displaying his penis while masturbating. The second, a 16 second video of apparently the same male masturbating and ejaculating. The video does not show a face.

c. On May 15, 2025, MV sent (via text) an 8 second video of her in the shower displaying her breast, pubic area, and buttocks.

d. On May 15, 2025, MV1 sent (via text) a 23 second video of that contains the visual depiction of masturbation.

e. On May 16, 2025, MV1 sent (via text) a 22 second video that contains the visual depiction of masturbation.

f. On May 20, 2025, MV1 sent (via text) a 7 second video containing a visual depiction of masturbation.

*Execution of Federal Search Warrant*

16. Following USIP's referral of the case to the FBI in Michigan, and my review of the forensic extractions of MV1's electronic devices, the FBI sought and obtained a federal search warrant for HOSSAIN's residence, vehicle, and person.

17. On November 11, 2025, law enforcement officials executed those search warrants. During the search, Hossain was interviewed by FBI agents. Hossain admitted being the owner of cellular phone number 586-xxx-xx46 and said that he is the only person who has access to his cellular device. Hossain explained that he doesn't remember when he met MV1 or how he met her, but he does remember talking to her at some point.

18. Hossain also admitted that he "might've" received some nude photos of MV1 but said he could not recall. Agents read Hossain some of the text message that were exchanged between him and MV1 and he admitted that he might have sent those messages to MV1. Agents showed Hossain pictures of "Green," which had been found on MV1's phone, and Hossain then admitted that he took those pictures from an Instagram account that was already on his phone and sent them to MV1.

## CONCLUSION

19. Based on the forgoing, there is probable cause to believe that Safin Minhaz Hossain has violated 18 U.S.C. § 2242(b) (coercion and enticement of a minor), 18 U.S.C. § 2251 (sexual exploitation of children), and 18 U.S.C. § 2252A(a)(2) (receipt of child pornography).

Respectfully Submitted,

Tywonn Mitchell, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Honorable Anthony P. Patti
United States Magistrate Judge
Eastern District of Michigan

Dated: November 11, 2025